The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 20, 2010, which may be different from its entry on the record.

IT IS SO ORDERED.



Dated: August 20, 2010

Arthur I. Harris
United States Bankruptcy Judge

___

BK1006365
SAB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 10-15358 |
| Deborah L. Price | Chapter 7 |
| | Judge Harris |
| Debtor | |
| | **ORDER GRANTING MOTION OF U.S BANK, N.A. SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, LLC SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY FOR RELIEF FROM STAY AND ABANDONMENT 28165 GARDENIA DRIVE, NORTH OLMSTED, OH 44070** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S Bank, N.A. successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company ("Movant"). (Docket **8**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the

Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 28165 Gardenia Drive North Olmsted, OH 44070.

###

SUBMITTED BY:

/s/ Ronald C Taylor
Ronald C Taylor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0083298
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Jason T Baker, Esq. - Attorney for Debtor
55 Public Square
#1330
Cleveland, OH 44113
jbakerlaw@sbcglobal.net
VIA ELECTRONIC SERVICE

Richard A. Baumgart - Trustee
1100 AmTrust Bank Center
1801 East 9th Street
Cleveland, OH 44114-3169
baumgart_trustee@dsb-law.com
VIA ELECTRONIC SERVICE

Citifinancial - Creditor
300 Saint Paul Place
Baltimore, MD 21202
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Deborah L. Price - Debtor
28165 Gardenia Dr.
North Olmsted, OH 44070
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Ronald C Taylor, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE